Form 1

# IN FORMA PAUPERIS DECLARATION

US DISTRICT OF Rode Island
[Insert appropriate court]

United States
v.
Ralph Carty
(Movant)

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, ________, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ☐ No ☑
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   ______________________________
   ______________________________
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   ______________________________
   ______________________________
2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment? Yes ☐ No ☑
   b. Rent payments, interest or dividends? Yes ☐ No ☑
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☑
   d. Gifts or inheritances? Yes ☐ No ☑
   e. Any other sources? Yes ☐ No ☑

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. ________
   ______________________________
3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐ No ☑ (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. ________
   ______________________________
4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐ No ☑
   If the answer is "yes," describe the property and state its approximate value. ______________________________
   ______________________________
5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. ______________________________
   ______________________________

Form 1

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ______ (date).

Ralph Carty
Signature of Movant

## CERTIFICATE

I hereby certify that the movant herein has the sum of $ ________ on account to his credit at the ______________ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said ______________ institution: __________
______________________________________________________________

__________________________
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)