UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Case No: 1:90-CR-00085-01 |
| vs. | ) | MOTION TO DEFER PAYMENTS |
| RALPH CARTY, Defendant | ) | |

**NOW COMES,** Ralph Carty, filing his motion to defer payments of the following:

**Check one or more:**

1. Court Assessment Fee ______
2. Fines ______
3. Restitution ______
4. Other ______

If other, please specify ________________________________.

In support of this motion, defendant asserts that his income prevents him from paying the fees stated above while incarcerated due to the fact that he only earns $_________[1] a month at his current work assignment. By not being able to afford to pay these payments, it adversely affects his incarceration and his ability to achieve pay grades that will enable him to pay future payments.

[1] **Please see copy of account for previous six (6) months**

Any other payments that have been made, were with the assistance of family members that cannot afford to help with, nor is it their responsibility. I fully intend to pay the full fees, however, this motion is an attempt to defer those payments until I am on supervised release, when I will have an opportunity to obtain meaningful employment.

For all the foregoing reasons, Defendant hereby requests from this Honorable Court a definitive order to defer the payments of the above mentioned fees until he is placed on Supervised Release.

Respectfully submitted this 24th day of April, 2008.

x Ralph Carty

Name: Ralph Carty

Number: 03385-070

FMC Devens, Unit ______

P.O. Box 879

Ayer, MA 01432

Pro Se

In The United States District Court

District of Rhode Island

United States of America

Plaintiff, Respondent,

vs. Case No. 1190 CR 00085-01

Ralph Carty

Defendant, Movent

# Memorandum In Support of Motion

Comes Now, Ralph Carty, without the assistance of Counsel, "Pro-se", and moves this Court following the Revocation of Supervised Release Hearing, for a hearing for Consideration, to "Defer" payments owed to this Court until, his parole revocation time ends, and he is returned to the public, the following is Memorandum, in Support Thereof;

## - Background -

On January 15, 2008, Movent Ralph Carty, (Carty) was brought before this Court upon issues of Supervised Release Revocation. At issue in the hearing "Carty" asked the Judge if he Could have his fees that are owed to this Court, defered until his release, to Cartys recolection the Judge stated that if there was any Cases that would allow her to do that, the Judge would, but at that time declined to do so.

Now as a result, "Carty" is housed in a Special Housing Unit, in The Federal Medical Center, at Ayer (air), Mass., Cartys housing is a result of the facts that, Carty Cannot get to a Population that houses any Gangs. Yet due to his need to make his Court Payments, that were delegated to the BOP, he is not able to be reduced in his Custody, and as a result Can't work, his only Sourse of funds, to pay his fines, and further effecting the Courts need to Collect the fees. Further Carty, was told he would [not] quality for a halfway house [until] his fines are paid.

I. The District Court Can Not Delegate, to Bureau of Prisons its responsibility for makeed payment of fines.

The issue of the District Court delegating fines and fees to the Bureau of Prisons, pursuant to 18 USC 3572, fines and fees Could not be delegated to the BOP, see US. v. Gunning 401 F.3d 1145, 1150 (9th Cir 2005), and those Circuits have also addressed, the same issue as it refers to the Parole office see US. vs. Gunning 339 F.3d 948 (9th Cir 2003), other Circuits have also rulled in this matter, see US. vs Workman 110 F.3d 915, 919 (2nd Cir 1997).

And as of result of this problem, Carty is stuck in a Car that will prevent him from fully paying off this program, and delaying fines payment. He Currently will not be able to work, as the BOP, as a result of delegation, has placed Carty in a "high" Security Capacity, preventing any Chance at employment, he must remain in Special Housing Unit until his release. Further as a result of Delegation, Carty is not elgable, to participate in any halfway house program,

a program, that is necessary, without that program, Carty will be released into the public, without a house, without a Job, and without, the basic needs to be sucessful in public. And no payments will ever be made, and thus revocation will no doubt be immenent.

The Delegation must be Defered.

## Request For Defer Payment

1. Defendant, Ralph Carty is Currently incarserated in Federal Medical Center Devens, in Ayer MA, due to over crowding, issues at USP Allenwood PA.

2. That Carty, due to his Current housing is not allowed to work, his only Source of income. Carty is Currenty indigent (see attached)

3. That Carty, Can not transfer, as he is within one Year of release and transfer to facility will not happen.

Unless,

4. If payments owed to this Court, are Defered, then Carty will be released to a halfway house, be employed, gain a residence and make payments required by this Court.

5. And hopefully maintain in public, as a resoursefull Citizen and, gainfully employed one.

Where for the above and foregoing reasons, move this Court to allow a order to permit a defer of payments, until release to halfway house, or final release. and any other relief this Court deems just.

Respectfully Submitted

/s/ Ralph Carty

Date April 24, 2008

Ralph Carty
Fed. No. 03385-070
P.O. Box 879
FMC Devens
Ayer, MA 01432-0879

attached Statement of Accounts.

# CERTIFICATE OF SERVICE

I, Ralph Carty, hereby certify that I have served a true correct copy of the following:

Motion To Defer Payments

* Memorandum IN Support

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, _Houston v. Lack_ 101 L. Ed. 2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in sealed, postage prepaid envelope addressed to:

The United States Attorney office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

and deposited same in the United States Postal Mail at the United States Penitentiary, on this: 24th day of: April 2008

Ralph Carty
Fed No. 03305-070
P.O. Box 879
Fmc Devens
Ayer, MA 01432-0879

Ralph Carty
Fed No. 03305-070

# CERTIFICATE OF SERVICE

I, Ralph Carty, hereby certify that I have served a true correct copy of the following:

* Motion To Defer Payments

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L. Ed. 2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in sealed, postage prepaid envelope addressed to:

The United States Attorneys office
District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

and deposited same in the United States Postal Mail at the United States Penitentiary, on this: 24th day of: April 2008.

Ralph Carty
No. 03305-070
P.O. Box 879
FMC Devens
Ayer, MA 01432-0879

/S/
Ralph Carty
No. 03305-070