IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:90 CR 00085-01 ML |
| | ) | |
| RALPH H. CARTER, | ) | |
| | ) | |

---

DECLARATION OF REGINA HUFNAGLE, CASE MANAGER

I, Regina Hufnagle, hereby make the following declaration:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Federal Medical Center in Devens, Massachusetts ("FMC Devens"), as a Case Manager. I have been employed at this position since November 1999, and have been employed by the Bureau of Prisons since July 1995.

2. As a Case Manager, I have access to numerous records maintained in the ordinary course of business at FMC Devens regarding federal prisoners, including, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized data base, SENTRY, as well as computerized records of an inmate's Trust Fund Account, TRUFACS.

3. I am familiar with inmate Ralph H. Carty, Reg. No. 03385-070, as he is currently on my caseload for J-Unit, at FMC Devens. Inmate Carty was transferred to FMC Devens on February 21, 2008, as a federal HOLDOVER from the United States Penitentiary ("USP") in Allenwood, Pennsylvania. He is currently serving a twenty-five (25) month sentence for a Supervised Release Violation. His Projected Release Date from BOP custody is July 16, 2009, via his good conduct time release. A true and accurate copy of Inmate Carty's Public Information Inmate Data is attached as Exhibit A.

4. As a HOLDOVER inmate at FMC Devens, Carty is TEMPORARILY HOUSED here pending re-designation to another BOP facility. Staff at FMC Devens have processed a transfer request for Carty to be moved to an appropriate facility commensurate with his security and custody level. A true and accurate copy of Inmate Carty's Inmate Profile is attached as Exhibit B. While housed at FMC Devens in his current HOLDOVER status, Carty will remain in the Special Housing Unit under Administrative Detention status pending his transfer to a designated institution. In this status, he is currently not permitted to work.

5. The Bureau of Prisons encourages each sentenced inmate to meet his legitimate financial obligations. The Bureau of Prisons uses a financial responsibility formula to determine an inmate's ability to pay court ordered financial obligations. The Bureau of Prisons Program

EXHIBIT B

Statement that promulgates this effort is Program Statement 5380.08, Financial Responsibility Program, Inmate (also knows as the Inmate Financial Responsibility Program "IFRP"). The IFRP also takes into account inmates that are indigent and have no ability to make payments toward financial obligations. In such cases, the inmate's Unit Team can place him on IFRP Exempt status, which relieves the inmate from making payments toward these obligations.

6. Inmate Carty's Trust Fund Account currently has a balance of $ .21 and shows deposits over the last six (6) months totaling only $ .50. A true and accurate copy of a TRUFACS Inmate Inquiry for Inmate Carty is attached as Exhibit C. Based upon this, inmate Carty's Unit Team placed him on IFRP Exempt Tmp (temporarily exempt) status on or about March 4, 2008. See Exhibit B.

7. Due to inmate Carty's current HOLDOVER status and his limited availability of funds within his Inmate Trust Fund Account, he is currently exempt from the obligations of the IFRP, and thus has no negative consequences at FMC Devens based on his failure to pay towards his court ordered obligations.

8. With regard to a pre-release placement to a Residential Re-entry Center ("RRC")(formerly known as halfway houses), Inmate Carty is currently eligible for consideration of an RRC placement. At this time, his Unit Team has begun discussions with him and is processing an RRC referral recommendation for the Warden's consideration. Because he is currently IFRP exempt, his inability to pay toward his court obligation has no bearing on his RRC consideration and eligibility.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 20th day of May, 2008.

Regina Hufnagle
Case Manager
Federal Medical Center-Devens



EXHIBIT B

DEVEN * PUBLIC INFORMATION * 05-20-2008
PAGE 001 * INMATE DATA * 11:11:37
AS OF 05-20-2008

REGNO..: 03385-070 NAME: CARTY, RALPH H

RESP OF: DEV / HOLDOVER, TEMPORARILY HOUSED
PHONE..: 978-796-1000 FAX: 978-796-1118
RACE/SEX...: WHITE / MALE
AGE: 54
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 07-16-2009 PAR HEAR DT:

---------------------------- ADMIT/RELEASE HISTORY ----------------------------

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| DEV | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 02-21-2008 1512 | CURRENT |
| 5-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 02-21-2008 1512 | 02-21-2008 1512 |
| 5-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-21-2008 0732 | 02-21-2008 1512 |
| ALP | TEMP REM | TEMPORARY REMOVAL | 02-21-2008 0732 | 04-29-2008 0830 |
| ALP | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-16-2008 1236 | 02-21-2008 0732 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-16-2008 1236 | 01-16-2008 1236 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-16-2008 0703 | 01-16-2008 1236 |
| BRO | HLD REMOVE | HOLDOVER REMOVED | 01-16-2008 0703 | 01-16-2008 0703 |
| BRO | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 01-10-2008 1454 | 01-16-2008 0703 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-10-2008 1454 | 01-10-2008 1454 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 12-19-2007 1206 | 01-10-2008 1454 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 12-19-2007 1106 | 12-19-2007 1106 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 12-19-2007 1013 | 12-19-2007 1106 |
| ATL | GCT REL | GOOD CONDUCT TIME RELEASE | 12-24-2003 1038 | 12-19-2007 1013 |
| ATL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-10-2002 1857 | 12-24-2003 1038 |
| A01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-10-2002 1857 | 06-10-2002 1857 |
| A01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-10-2002 1030 | 06-10-2002 1857 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 06-10-2002 0930 | 06-10-2002 0930 |
| OKL | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 06-06-2002 1630 | 06-10-2002 0930 |
| 5-X | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-06-2002 1730 | 06-06-2002 1730 |
| 5-X | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-06-2002 0704 | 06-06-2002 1730 |
| FLP | TRANSFER | TRANSFER | 06-06-2002 0504 | 06-06-2002 0504 |
| FLP | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-05-1998 1639 | 06-06-2002 0504 |
| S20 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-05-1998 1839 | 05-05-1998 1839 |
| S20 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-05-1998 0640 | 05-05-1998 1839 |
| OKL | HLD REMOVE | HOLDOVER REMOVED | 05-05-1998 0540 | 05-05-1998 0540 |
| OKL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 05-04-1998 1635 | 05-05-1998 0540 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-04-1998 1735 | 05-04-1998 1735 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-04-1998 1342 | 05-04-1998 1735 |
| LVN | TRANSFER | TRANSFER | 05-04-1998 1242 | 05-04-1998 1242 |
| LVN | A-DES | DESIGNATED, AT ASSIGNED FACIL | 06-02-1992 1136 | 05-04-1998 1242 |
| A02 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 06-02-1992 1236 | 06-02-1992 1236 |
| A02 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 06-02-1992 0700 | 06-02-1992 1236 |
| ERE | HLD REMOVE | HOLDOVER REMOVED | 06-02-1992 0600 | 06-02-1992 0600 |
| ERE | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 05-29-1992 1930 | 06-02-1992 0600 |
| 0-P | RELEASE | RELEASED FROM IN-TRANSIT FACL | 05-29-1992 2030 | 05-29-1992 2030 |

G0002 MORE PAGES TO FOLLOW . . .

EXHIBIT B - ATTACHMENT A

DEVEN * PUBLIC INFORMATION * 05-20-2008
PAGE 002 * INMATE DATA * 11:11:37
AS OF 05-20-2008

REGNO..: 03385-070 NAME: CARTY, RALPH H

RESP OF: DEV / HOLDOVER, TEMPORARILY HOUSED
PHONE..: 978-796-1000 FAX: 978-796-1118

| | | | | | | |
|---|---|---|---|---|---|---|
| O-P | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 05-22-1992 | 1513 | 05-29-1992 | 2030 |
| CBN | ADMIN REL | ADMINISTRATIVE RELEASE | 05-22-1992 | 1513 | 05-22-1992 | 1513 |
| CBN | A-ADMIN | ADMINISTRATIVE ADMISSION | 05-22-1992 | 1507 | 05-22-1992 | 1513 |
| P91 | RELEASE 05 | RELEASED FROM IN-TRANSIT, MAY | 05-22-1992 | 1507 | 05-22-1992 | 1507 |
| P91 | A-ADMIT 04 | ADMITTED TO IN-TRANSIT, APR | 04-03-1991 | 0557 | 05-22-1992 | 1507 |
| I-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-03-1991 | 0557 | 04-03-1991 | 0557 |
| I-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-04-1991 | 1314 | 04-03-1991 | 0557 |
| DAN | HLD REMOVE | HOLDOVER REMOVED | 03-04-1991 | 1314 | 03-04-1991 | 1314 |
| DAN | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 02-28-1991 | 2046 | 03-04-1991 | 1314 |
| HAR | PRE REMOVE | PRE SENT DETAINEE REMOVED | 02-28-1991 | 2045 | 02-28-1991 | 2046 |
| HAR | A-PRE | PRE-SENTENCE ADMISSION | 02-25-1991 | 1630 | 02-28-1991 | 2045 |
| HAR | COURT | COURT APPEARANCE W/SCHED RETRN | 02-25-1991 | 0745 | 02-25-1991 | 1630 |
| HAR | A-PRE | PRE-SENTENCE ADMISSION | 02-21-1991 | 2049 | 02-25-1991 | 0745 |
| DAN | PRE REMOVE | PRE SENT DETAINEE REMOVED | 02-21-1991 | 1842 | 02-21-1991 | 2049 |
| DAN | A-PRE | PRE-SENTENCE ADMISSION | 01-09-1991 | 2115 | 02-21-1991 | 1842 |
| DAN | COURT | COURT APPEARANCE W/SCHED RETRN | 01-09-1991 | 0649 | 01-09-1991 | 2115 |
| DAN | A-PRE | PRE-SENTENCE ADMISSION | 01-04-1991 | 2115 | 01-09-1991 | 0649 |
| HAR | PRE REMOVE | PRE SENT DETAINEE REMOVED | 01-04-1991 | 1931 | 01-04-1991 | 2115 |
| HAR | A-PRE | PRE-SENTENCE ADMISSION | 11-16-1990 | 1647 | 01-04-1991 | 1931 |
| DAN | PRE REMOVE | PRE SENT DETAINEE REMOVED | 11-16-1990 | 1325 | 11-16-1990 | 1647 |
| DAN | A-PRE | PRE-SENTENCE ADMISSION | 09-17-1990 | 1904 | 11-16-1990 | 1325 |
| DAN | COURT | COURT APPEARANCE W/SCHED RETRN | 09-17-1990 | 0949 | 09-17-1990 | 1904 |
| DAN | A-PRE | PRE-SENTENCE ADMISSION | 09-15-1990 | 1310 | 09-17-1990 | 0949 |



EXHIBIT B - ATTACHMENT A

REGNO..: 03385-070 NAME: CARTY, RALPH H

RESP OF: DEV / HOLDOVER, TEMPORARILY HOUSED
PHONE..: 978-796-1000 FAX: 978-796-1118
PRE-RELEASE PREPARATION DATE: 05-12-2009

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 07-16-2009 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: RHODE ISLAND
DOCKET NUMBER...................: 1:90CR00085-01ML
JUDGE...........................: LISI
DATE SENTENCED/PROBATION IMPOSED: 05-08-1992
DATE PROBATION REVOKED..........: 12-05-2007
TYPE OF PROBATION REVOKED.......: REG
DATE COMMITTED..................: 01-16-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $00.00 | $00.00 | $5,000.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G) RECEIPT OF F/A SHIPPED IN I/S OR FOREIGN COMMERCE.
26:5861(D) POSS. OF A FIREARM NOT REGISTERED.

SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
SENTENCE IMPOSED/TIME TO SERVE.: 25 MONTHS
TERM OF SUPERVISION............: 35 MONTHS
DATE OF OFFENSE................: 07-30-1990



EXHIBIT B - ATTACHMENT A

REGNO..: 03385-070 NAME: CARTY, RALPH H

RESP OF: DEV / HOLDOVER, TEMPORARILY HOUSED
PHONE..: 978-796-1000 FAX: 978-796-1118

-------------------------CURRENT COMPUTATION NO: 020 --------------------------

COMPUTATION 020 WAS LAST UPDATED ON 04-17-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-17-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 12-05-2007
TOTAL TERM IN EFFECT............: 25 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 2 YEARS 1 MONTHS
EARLIEST DATE OF OFFENSE........: 07-30-1990

JAIL CREDIT.....................:

| FROM DATE | THRU DATE |
|---|---|
| 06-22-2006 | 06-22-2006 |
| 08-02-2006 | 08-03-2006 |
| 09-25-2007 | 12-04-2007 |

TOTAL PRIOR CREDIT TIME.........: 74
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 98
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 07-16-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-22-2009

PROJECTED SATISFACTION DATE.....: 07-16-2009
PROJECTED SATISFACTION METHOD...: GCT REL

REGNO..: 03385-070 NAME: CARTY, RALPH H

RESP OF: DEV / HOLDOVER, TEMPORARILY HOUSED

PRE-RELEASE PREPARATION DATE: 06-24-2003

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE: 12-24-2003 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: RHODE ISLAND
DOCKET NUMBER...................: 90-085P
JUDGE...........................: PETTINE
DATE SENTENCED/PROBATION IMPOSED: 05-08-1992
DATE COMMITTED..................: 06-02-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $5,000.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G) RECEIPT OF F/A SHIPPED IN I/S OR FOREIGN COMMERCE.
26:5861(D) POSS. OF A FIREARM NOT REGISTERED.

SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 15 YEARS
TERM OF SUPERVISION............: 5 YEARS
DATE OF OFFENSE................: 07-30-1990



EXHIBIT B - ATTACHMENT A

DEVEN * PUBLIC INFORMATION * 05-20-2008
PAGE 006 OF 006 * INMATE DATA * 11:11:37
AS OF 12-24-2003

REGNO..: 03385-070 NAME: CARTY, RALPH H

RESP OF: DEV / HOLDOVER, TEMPORARILY HOUSED
PHONE..: 978-796-1000 FAX: 978-796-1118

---------------------------PRIOR COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-19-2001 AT FLP AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-08-1992
TOTAL TERM IN EFFECT............: 15 YEARS
TOTAL TERM IN EFFECT CONVERTED..: 15 YEARS
EARLIEST DATE OF OFFENSE........: 07-30-1990

| | FROM DATE | THRU DATE |
|---|---|---|
| JAIL CREDIT.....................: | 07-31-1990 | 08-01-1990 |
| | 09-13-1990 | 05-07-1992 |

TOTAL PRIOR CREDIT TIME.........: 605
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 622
TOTAL GCT EARNED................: 622
STATUTORY RELEASE DATE PROJECTED: 12-27-2003
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 09-09-2005

TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 12-24-2003
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: ATL
ACTUAL SATISFACTION KEYED BY....: JPB

DAYS REMAINING..................: 622
FINAL PUBLIC LAW DAYS...........: 3

G0000 TRANSACTION SUCCESSFULLY COMPLETED

EXHIBIT B - ATTACHMENT A

DEVEN [redacted] * INMATE PROFILE * 05-20-2008
PAGE 001 OF 001 13:20:54
03385-070 REG
REGNO: 03385-070 FUNCTION: PRT DOB/AGE.: [redacted] / 54
NAME.: CARTY, RALPH H R/S/ETH.: W/M/O
RSP..: DEV-DEVENS FMC MILEAGE.: 51 MILES
PHONE: 978-796-1000 FAX: 978-796-1118
PROJ REL METHOD: GOOD CONDUCT TIME RELEASE FBI NO..: 779041K3
PROJ REL DATE..: 07-16-2009 INS NO..: N/A
PAR ELIG DATE..: N/A SSN.....: [redacted]
PAR HEAR DATE..: PSYCH: NO DETAINER: NO CMC..: YES
OFFN/CHG RMKS: ORG OFF:90-085P,18:922,RCPT OF F/A SHPD IN INTRST OR FRGN COMM
OFFN/CHG RMKS: 26:5861POSS OF F/A NOT REG. SRV:190CR00085-01ML 25MNTS/35MTHS

| FACL | CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|---|
| DEV | ADM-REL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 02-21-2008 | 1512 |
| DEV | CARE LEVEL | CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-21-2008 | 1911 |
| DEV | COR COUNSL | CCC J1 | T. VILES, EXT.1345 | 03-04-2008 | 1448 |
| DEV | CASE MGT | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 01-16-2011 | 1041 |
| DEV | CASE MGT | RPP COMPLT | RELEASE PREP PGM COMPLETE | 12-13-2002 | 0001 |
| DEV | CASE MGT | RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 10-18-2001 | 1034 |
| DEV | CASE MGT | V94 CVB913 | V94 CURR VIOL BEFORE 91394 | 05-01-1996 | 1425 |
| DEV | CASE MGT | V94 PV | V94 PAST VIOLENCE | 05-01-1996 | 0854 |
| DEV | CASE MGT | WA REFER | REFERRED TO CERT REVIEW PANEL | 12-20-2007 | 0903 |
| DEV | CASE MGT | WA W CONV | WALSH ACT HIST WITH CONVICTION | 12-19-2007 | 1104 |
| DEV | CORR SVCS | RAN NEG | RANDOM DRG TST-NEGATIVE | 08-02-2003 | 1109 |
| DEV | CORR SVCS | SAT NEG | SATURATION DRG TST-NEGATIVE | 05-15-2001 | 1100 |
| DEV | CASEWORKER | CSW J1 | R. HUFNAGLE,CSW EXT. 1343 | 04-03-2008 | 0813 |
| DEV | CUSTODY | IN | IN CUSTODY | 12-19-2007 | 1013 |
| DEV | DRUG PGMS | DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 04-09-2008 | 1448 |
| DEV | DRUG PGMS | ED WAIT R | DRUG EDUCATION WAIT-REQUIRED | 04-23-2008 | 1452 |
| DEV | DESIG/SENT | ECHO | TEAM ECHO | 12-19-2007 | 1104 |
| DEV | DESTNATION | W REDES R | WAIT FOR ROUTINE REDESIGNATION | 04-17-2008 | 1458 |
| DEV | EDUC INFO | ESL HAS | ENGLISH PROFICIENT | 06-09-1992 | 0912 |
| DEV | EDUC INFO | GED DN | DROPPED GED NON-PROMOTABLE | 04-01-1999 | 1220 |
| DEV | EDUC INFO | GED UNSAT | GED PROGRESS UNSATISFACTORY | 12-01-1997 | 1359 |
| DEV | FIN RESP | EXEMPT TMP | FINANC RESP-TEMPORARILY EXEMPT | 03-04-2008 | 1503 |
| DEV | LEVEL | HIGH | SECURITY CLASSIFICATION HIGH | 12-19-2007 | 1034 |
| DEV | MED DY ST | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-24-2008 | 1326 |
| DEV | QUARTERS | Z02-205UAD | HOUSE Z/RANGE 02/BED 205U AD | 05-13-2008 | 1348 |
| DEV | RELIGION | OTHER | OTHER RELIGION | 10-30-1999 | 1322 |
| DEV | UNIT | J UNIT | CARRIE HUNTON,UNIT MGR EXT1341 | 02-21-2008 | 1512 |
| DEV | WRK DETAIL | SHU UNASSG | SHU UNASSIGNED | 03-11-2008 | 1859 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

EXHIBIT B - ATTACHMENT B

# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 03385070 | **Current Institution:** | Devens FMC |
| **Inmate Name:** | CARTY, RALPH | **Housing Unit:** | DEV-Z-A |
| **Report Date:** | 05/20/2008 | **Living Quarters:** | Z02-205UAD |
| **Report Time:** | 12:50:03 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | [redacted] |
| PAC #: | [redacted] |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | ALX |
| Transferred To: | |
| Account Creation Date: | 3/17/2004 |
| Local Account Activation Date: | 2/22/2008 3:23:50 AM |
| Sort Codes: | |
| Last Account Update: | 5/16/2008 12:11:40 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

**FRP Plan Information**

| **FRP Plan Type** | **Expected Amount** | **Expected Rate** |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.21 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.21 |
| National 6 Months Deposits: | $0.50 |
| National 6 Months Withdrawals: | $3.22 |
| National 6 Months Avg Daily Balance: | $0.99 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.21 |

Inmate Qualifies for OTC Medication



EXHIBIT B - ATTACHMENT C

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: No Comm Sales

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**



EXHIBIT B - ATTACHMENT C